## McKINNEY v UNITED COMMERCIAL TRAVELERS OF AMERICA

Ohio Supreme Court

No. 22738. Decided June 10, 1931

Marshall, CJ, Day and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## BREINIG v STATE

Ohio Supreme Court

No. 22750. Decided June 10, 1931

Marshall, CJ, Matthias, Day and Kinkade,

JJ, concur. Allen, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

## SUESSKIND v WILSON

Ohio Supreme Court

No. 22537. Decided June 10, 1931

Marshall, CJ, Day, Allen, Kinkade and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

## GOUGH LUMBER CO v CRAWFORD et

Ohio Supreme Court

No. 22500. Decided June 10, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**